**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jose Santana GODOY, Defendant–Appellant.**

**No. 09–30195.**

United States Court of Appeals, Ninth Circuit.

Submitted June 29, 2010.*

Filed July 21, 2010.

Lisca Borichewski, Helen J. Brunner, Esquire, Office of the U.S. Attorney, Seattle, WA, for Plaintiff–Appellee.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Eric Hultman, Hultman Law Office, Kirkland, WA, for Defendant–Appellant.

Jose Santana Godoy, Washington, MS, pro se.

Before: ALARCÓN, LEAVY, and GRABER, Circuit Judges.

MEMORANDUM **

Jose Santana Godoy appeals from his guilty-plea conviction and 60–month sentence for conspiracy to distribute methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), and 846. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Godoy's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal. We dismiss the appeal of the sentence in light of the valid appeal waiver. *See United States v. Nguyen*, 235 F.3d 1179, 1182 (9th Cir.2000).

Counsel's motion to withdraw is **GRANTED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

The conviction is **AFFIRMED,** and the appeal of the sentence is **DISMISSED.**